IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-2323-AP**

**LILLIAN R. RANGEL,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

---

## ORDER

---

Kane, J.

Defendant's Unopposed Motion to Remand (doc. #10), filed February 6, 2009, is GRANTED.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

Dated: February 9, 2009.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT