IN **THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.  08-cv-02323-AP**

**LILLIAN R. RANGEL,**

    **Plaintiff,**

    v.

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Teresa H. Abbott, Esq.<br>Colo. Atty. Reg. #27192<br>Attorney for Plaintiff<br>3515 S. Tamarac Drive, Suite 200<br>Denver, CO 80237<br>(303) 757-5000<br>(303) 689-9627 fax<br>abbott.teresa@gmail.com | David Gaouette<br>Acting United States Attorney<br><br>Kevin Thomas Traskos<br>Deputy Chief, Civil Division<br>District of Colorado<br><br>Thomas H. Kraus<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>tom.kraus@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed: 10/28/2008.
    B.    Date Complaint Was Served on U.S. Attorney's Office: 11/12/2008
    C.    Date Answer and Administrative Record Were Filed: 04/27/2009.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** The record appears to be complete.

**Defendant states:** To the best of his knowledge, the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** None anticipated.

**Defendant states:**  None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:**  This case involves no unusual claims.

**Defendant states:**  This case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

**Plaintiff states:**   None.

**Defendant states**: To the best of his knowledge, there are no other matters.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due: 07/01/2009**
    B.    **Defendant's Response Brief Due: 08/07/2009**
    C.    **Plaintiff's Reply Brief Due: 08/24/2009**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:**   Oral Argument is requested.
    B.    **Defendant's Statement:**  Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED: May 15, 2009

                                                BY THE COURT:

                                                *S/John L. Kane*
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Teresa H. Abbott<br>Teresa H. Abbott, Esq.<br>Attorney for Plaintiff<br>3515 S. Tamarac Drive, Suite 200<br>Denver, CO 80237<br>(303) 757-5000<br>(303) 689-9627 fax<br>abbott.teresa@gmail.com | David Gaouette<br>Acting UNITED STATES ATTORNEY<br><br>Kevin Thomas Traskos<br>Deputy Chief, Civil Division<br>District of Colorado<br><br>s/ Thomas H. Kraus<br>By: Thomas H. Kraus<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-0770<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |